In the Matter of the Claim of JESSIE CARTER, Respondent, against GORDINER & WARRING COMPANY et al., Appellants.

STATE INDUSTRIAL COMMISSION, Respondent.

*Workmen's Compensation Law — when award properly granted to employee of mill, injured by fall when about to enter place of employment.*

*Carter* v. *Gordiner & Warring Co.*, 194 App. Div. 925, affirmed.

(Argued January 11, 1921; decided January 25, 1921.)

APPEAL from an order of the Appellate Division of the Supreme Court in the third judicial department, entered November 24, 1920, affirming an award of the state industrial commission made under the Workmen's Compensation Law. Claimant was employed in a knitting mill. On the day of the accident, for which compensation is claimed, on her way to her employment, she descended from a wagon, walked across the sidewalk to within a few feet of the door of the mill, turned to speak to her husband, who had remained in the wagon, and fell, receiving the injury complained of. Defendants contended that the injury did not arise out of and in the course of the employment.

*Jeremiah F. Connor* for appellants.

*Charles D. Newton, Attorney-General (E. C. Aiken* of counsel), for respondent.

Order affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., HOGAN, CARDOZO, POUND, McLAUGHLIN, CRANE and ANDREWS, JJ.